| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>MCNAMEE, STEPHEN M. | 2. Court or Organization<br><br>US DISTRICT COURT OF ARIZONA | 3. Date of Report<br><br>8/03/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE SENIOR STATUS - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial    ☑ Annual      ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>SANDRA DAY O'CONNOR US COURTS<br>401 WEST WASHINGTON STREET SPC 60<br>PHOENIX AZ 85003-2158 | | |
| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER | UNIVERSITY OF ARIZONA COLLEGE OF LAW BOARD OF VISITORS |
| 2. | MEMBER | UNIVERSITY OF ARIZONA LAW COLLEGE ASSOCIATION - BOARD OF DIRECTORS |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 8/03/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | STATE OF ARIZONA TAX REFUND | $5,614.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | ST LUKES HEALTH INITIATIVE - SALARY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 8/03/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | MICHAEL BIDWILL/AZ CARDINALS (NO LITIGATION) | 2 BOX SEAT TICKETS TO CARDINALS FOOTBALL GAME | $1,600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 8/03/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MERRILL LYNCH JOINT MASTER ACCOUNT | A | Int./Div. | J | T | | | | | |
| 2. IBM COMMON STOCK (IBM) | A | Dividend | J | T | | | | | |
| 3. INTERNATIONAL RECTIFIER COMMON STOCK | | None | J | T | | | | | |
| 4. FAIRFIELD ESTATES FLAGSTAFF AZ | | None | J | W | | | | | |
| 5. MARRIOTT CANYON VILLAS | | None | J | W | | | | | |
| 6. ST LUKES 403(B)7 (H) | C | Dividend | | | | | | | |
| 7. -VANGUARD 500 INDEX FD | | | | | Sold | 07/06/15 | O | G | |
| 8. WELLS FARGO CKG | A | Interest | J | T | | | | | |
| 9. US BANK CKG #1 | A | Interest | J | T | | | | | |
| 10. US BANK SVGS | A | Interest | K | T | | | | | |
| 11. IRA - US BANK PHOENIX AZ - CD | A | Interest | J | T | | | | | |
| 12. IRA - US BANK PHOENIX AZ - CD | A | Interest | J | T | | | | | |
| 13. MERRILL LYNCH - IRA #1 (H) | A | Int./Div. | K | T | | | | | |
| 14. - BANK OF AMERICA, NA - CASH EQUIVALENT | | | | | | | | | |
| 15. - AMER FUNDS AMERICAN HIGH INCOME TRUST FD CL F2 (AHIFX) | | | | | | | | | |
| 16. - ISHARES AGENCY BOND FD (AGZ) | | | | | | | | | |
| 17. - SPDR BARCLAYS 1-10 YEAR TIPS ETF (TIPX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 8/03/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - ISHARES 1-3 YEAR CREDIT BOND ETF (CSJ) | | | | | | | | | |
| 19. MERRILL LYNCH - IRA #2 (H) | C | Int./Div. | N | T | | | | | |
| 20. - BANK OF AMERICA, NA - CASH EQUIVALENT | | | | | | | | | |
| 21. - PWRSHARES ETF DYNAMIC LEISURE (PEJ) | | | | | Sold (part) | 02/03/15 | J | A | |
| 22. | | | | | Sold (part) | 03/20/15 | J | A | |
| 23. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 24. | | | | | Sold (part) | 10/16/15 | J | A | |
| 25. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 26. - PWRSHARES DYNAMIC PHARM (PJP) | | | | | Sold (part) | 02/03/15 | J | A | |
| 27. | | | | | Sold (part) | 03/20/15 | J | A | |
| 28. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 29. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 30. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 31. - POWERSHARES DWA HLTHCARE (PTH) | | | | | Sold (part) | 02/03/15 | J | A | |
| 32. | | | | | Sold (part) | 03/20/15 | J | A | |
| 33. - POWERSHARES DWA HLTHCARE (FORMERLY PWRSHARES ETF) (PTH) | | | | | Buy | 10/07/15 | J | | |
| 34. | | | | | Sold | 10/16/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 8/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - PWRSHARES NASDAQ INT (PNQI) | | | | | Sold | 02/03/15 | K | D | |
| 36. - SPDR INDEX SHS FDS (IPD) | | | | | Sold (part) | 02/03/15 | J | A | |
| 37. | | | | | Sold (part) | 03/20/15 | J | A | |
| 38. | | | | | Sold (part) | 10/06/15 | J | A | |
| 39. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 40. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 41. - SPDR INDEX SHS FDS (IPN) | | | | | Buy (add'l) | 02/03/15 | J | | |
| 42. | | | | | Buy (add'l) | 03/20/15 | J | | |
| 43. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 44. | | | | | Sold (part) | 10/13/15 | J | A | |
| 45. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 46. - VANGUARD MID-CAP VAL IDX (VOE) | | | | | Buy (add'l) | 02/03/15 | J | | |
| 47. | | | | | Buy (add'l) | 03/20/15 | J | | |
| 48. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 49. | | | | | Sold (part) | 10/16/15 | J | A | |
| 50. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 51. - VANGUARD EXTD MKT EFT (VXF) | | | | | Buy (add'l) | 02/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 8/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 53. | | | | | Sold (part) | 10/16/15 | J | A | |
| 54. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 55. - POWERSHARES ETF TR DYNAMIC MEDIA (PBS) | | | | | Buy (add'l) | 02/03/15 | J | | |
| 56. | | | | | Sold (part) | 03/20/15 | J | A | |
| 57. | | | | | Sold (part) | 10/16/15 | J | A | |
| 58. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 59. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 60. -VANGUARD SMALL CAP GROWTH (VBK) | | | | | Buy (add'l) | 02/03/15 | J | | |
| 61. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 62. | | | | | Sold (part) | 10/16/15 | J | A | |
| 63. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 64. - VANGUARD SMALL CAP PER (VB) | | | | | Buy (add'l) | 02/03/15 | J | | |
| 65. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 66. | | | | | Sold (part) | 10/16/15 | J | A | |
| 67. - POWERSHARES ETF DYNAMIC BIOTECH (PBE) | | | | | Sold (part) | 02/03/15 | J | A | |
| 68. | | | | | Sold (part) | 03/20/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 8/03/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 70. | | | | | Sold | 10/16/15 | J | C | |
| 71. - POWERSHARES ETF TR AERO & DEF (PPA) | | | | | Buy (add'l) | 02/03/15 | J | | |
| 72. | | | | | Sold (part) | 03/20/15 | J | A | |
| 73. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 74. | | | | | Sold (part) | 10/16/15 | J | A | |
| 75. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 76. - SPDR INDEX SHS FDS (IRY) | | | | | Buy (add'l) | 03/20/15 | J | | |
| 77. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 78. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 79. - POWERSHARES GLOBAL GOLD (PSAU) | | | | | Buy | 02/03/15 | K | | |
| 80. | | | | | Sold | 03/20/15 | K | A | |
| 81. - POWERSHARES ETF DYN SEMICONDUCTOR (PSI) | | | | | Buy | 03/20/15 | K | | |
| 82. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 83. | | | | | Sold (part) | 10/16/15 | J | A | |
| 84. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 85. -POWERSHARES ETF DYN SOFTWARE PORT (PSJ) | | | | | Buy | 10/16/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 87.  -POWERSHARES SWA CONSUMER CYCLICALS (PEZ) | | | | | Buy | 10/16/15 | K | | |
| 88. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 89.  MERRILL LYNCH - IRRA #1 (H) | D | Int./Div. | N | T | | | | | |
| 90.  -BANK OF AMERICA, NA - CASH EQUIVALENT | | | | | | | | | |
| 91.  - EATON VANCE FLOATING RATE FUND (EIBLX) | | | | | | | | | |
| 92.  - ISHARES BARCLAY AGENCY BOND FUND (AGZ) | | | | | Buy (add'l) | 10/02/15 | J | | |
| 93. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 94.  - PIMCO FOREIGN BOND FUND (PFBPX) | | | | | | | | | |
| 95.  - SPDR BARCLAYS 1-10 YEAR TIPS ETF (TIPX) | | | | | | | | | |
| 96.  - ALPS ALERIAN MLP ETF (AMLP) | | | | | Buy (add'l) | 11/05/15 | K | | |
| 97.  - ISHARES 1-3 YEAR CREDIT BOND ETF (CSJ) | | | | | | | | | |
| 98.  - FIDUCIARY/CLAY MLP OPP FD (FMO) | | | | | Sold | 11/05/15 | K | A | |
| 99.  - VANGUARD MSCI EUROPEAN (VGK) | | | | | Sold | 08/28/15 | K | A | |
| 100.  - SPDR BARCLAYS CONVERTIBLE (CWB) | | | | | Buy (add'l) | 10/02/15 | J | | |
| 101. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 102.  -VANGUARD TOTAL STK MKT (VTI) | | | | | Buy | 10/02/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 8/03/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 11/05/15 | K | | |
| 104.  -VANGUARD REIT ETF (VNQ) | | | | | Buy | 10/02/15 | J | | |
| 105. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 106.  -VANGUARD FTSE ALL WORLD (VEU) | | | | | Buy | 10/02/15 | J | | |
| 107. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 108.  -VANGUARD TOTAL BOND MKT (BND) | | | | | Buy | 10/02/15 | J | | |
| 109. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 110.  -POWERSHARES PREFERRED (PGX) | | | | | Buy | 10/02/15 | J | | |
| 111. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 112.  -VANGUARD TOTAL INTERNATL (BNDX) | | | | | Buy | 10/02/15 | J | | |
| 113. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 114.  -ISHARES SHORT MATURITY (NEAR) | | | | | Buy | 10/02/15 | K | | |
| 115. | | | | | Buy (add'l) | 11/05/15 | K | | |
| 116.  -SECTOR SPDR UTILITIES (XLU) | | | | | Buy | 10/02/15 | J | | |
| 117. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 118.  MERRILL LYNCH - IRRA #2 (H) | A | Int./Div. | N | T | | | | | |
| 119.  -BA CA N.A. - CASH EQUIVALENT | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 8/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - BANK OF AMERICA, NA - CASH EQUIVALENT | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MCNAMEE, STEPHEN M. | 8/03/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII INVESTMENTS AND TRUSTS

ST LUKES 403(B)7(H) ASSETS WERE SOLD AND ROLLED OVER TO MERRILL LYNCH IRRA ACCOUNTS IN AUGUST 2015.

# FINANCIAL DISCLOSURE REPORT

Page 13 of 13

Name of Person Reporting

MCNAMEE, STEPHEN M.

Date of Report

8/03/2016

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHEN M. MCNAMEE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544